**2009–2068. State ex rel. Hamilton Cty. Bd. of Commrs. v. Hamilton Cty. Court of Common Pleas.**
In Prohibition. On relator's motion to dismiss and motion for leave to file supplemental affidavits, Hamilton County Prosecuting Attorney's motion for judgment on the pleadings, and motion of County Commissioners Association of Ohio for leave to intervene. Motion for leave to intervene is granted. Motion for leave to file supplemental affidavits is granted. Motions to dismiss and for judgment on the pleadings are denied.

Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondents shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondents' brief.

**2009–2122. State v. Cook.**
Lucas App. No. L–08–1301, 2009-Ohio-4917. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Decision and Judgment filed October 28, 2009:

"Whether R.C. 2901.13(F) operates to toll the six-year period of limitations provided for in R.C. 2901.13(A) so that it extends beyond six years from the date upon which a felony offense was committed where the corpus delicti of the offense is discovered within the period of limitations and more than one year prior to expiration of the limitations period."

The conflict case is *State v. Mitchell* (1992), 78 Ohio App.3d 613.

**2009–2104. Doe v. Ronan.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, No. 1:09CV243. On review of preliminary memoranda pursuant to S.Ct.Prac.R. 18.6. The court will answer the following questions:

"1. [Do] R.C. 3319.391 and Ohio Adm.Code 3301–20–01 violate the Retroactivity Clause of Article II, Section 28 of the Ohio Constitution?"

"2. [Do] R.C. 3319.391 and Ohio Adm.Code 3301–20–01 violate the Contract Clause of Article II, Section 28 of the Ohio Constitution?"

MOYER, C.J., and CUPP, J., would answer the first question only.

O'DONNELL, J., dissents.

Motion for admission pro hac vice of David M. Lieberman by Benjamin C. Mizer granted.

**2009–2142. State v. Conkel.**
Franklin App. No. 08AP–845, 2009-Ohio-2852. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2009–2157. State v. Harris.**
Clark App. No. 2008 CA 31, 2009-Ohio-1948. On motion for leave to file delayed appeal. Motion denied.

**2009–2195. State v. Pettegrew.**
Cuyahoga App. No. 91816, 2009-Ohio-4981. On motion for stay of court of appeals' judgment pending appeal. Motion denied.

LUNDBERG STRATTON and CUPP, JJ., dissent.

**2009–2196. State v. Handcock.**
Clark App. No. 2008 CA 85, 2009-Ohio-4327. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LANZINGER, JJ., dissent.